FELIX E. FLANDREAU, Respondent, *v.* WILLIAM H. FLANDROW, Appellant.

*Flandreau* v. *Flandrow*, 44 App. Div. 618, affirmed.
(Argued May 2, 1901; decided May 17, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 25, 1899, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Abram Kling* for appellant.

*Isaac M. Kapper* and *Thomas E. Pearsall* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.